UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARYLINN CASSIDY,

    Petitioner,

    v.

DAWN DAVISON,

    Respondent.

No. C 09-952 MHP (pr)

**ORDER OF TRANSFER**

Marylinn Cassidy filed a petition for writ of habeas corpus to challenge the denial of parole by the Board of Parole Hearings. Cassidy is incarcerated at the California Institution for Women, where the hearing apparently took place at which parole was denied. The prison is in Corona, which is in Riverside County. Riverside County is within the venue of the Central District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence, such as a time credit calculation or parole denial claim. See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989). Because petitioner is confined in the Central District of California and challenging the execution of her sentence, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Central District of California. The clerk shall transfer this matter.

IT IS SO ORDERED.

DATED: June 15, 2009

Marilyn Hall Patel
United States District Judge